No. 81–1525. THOMPSON *v.* WOLTENBERG. C. A. 6th Cir. Certiorari denied.

No. 81–1528. LEE *v.* MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 81–1546. CLEPPE *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 81–1598. NEW YORK STATE LIQUOR AUTHORITY *v.* BELLANCA, DBA THE MAIN EVENT, ET AL. Ct. App. N. Y. Certiorari denied.

No. 81–1622. PUEBLO OF SANTO DOMINGO *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 81–1644. DEAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 81–1651. GALLOWAY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 81–1831. ALABAMA *v.* McCURLEY. Sup. Ct. Ala. Certiorari denied.

No. 81–1832. LINK ET UX. *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 81–1845. BENSON *v.* WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 81–1847. COLLINS ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–1848. BROCK *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.